Troutman Sanders LLP
875 Third Avenue
New York, New York  10022



troutman.com

---

**Stephen J. Steinlight**
stephen.steinlight@troutman.com


June 14, 2019

**VIA ECF**

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Re:   James Stewart v. Portfolio Recovery Associates, LLC
      Case Nos. 1:17-cv-04512; 1:17-cv-05066; 1:17-cv-05120; 1:17-cv-05617
      Joint Status Update

Your Honor:

Pursuant to Your Honor's order directing the Parties to submit a joint status update as to the status of *Derosa v. CAC Fin. Corp.*, 2017 WL 44024459 (E.D.N.Y. Sept. 29, 2017) and *Taylor v. Fin. Recovery Servs., Inc.*, 252 F. Supp. 3d 344 (S.D.N.Y. 2017), the Parties report that the Second Circuit Court of Appeals has fully adjudicated both matters. Since these decisions, the Parties have continued to discuss an amicable resolution of these consolidated matters.

If Your Honor has any questions or concerns regarding this status update, please do not hesitate to contact my office.

Respectfully submitted,


*/s/ Stephen J. Steinlight*
Stephen J. Steinlight
*Counsel for Defendant Portfolio
Recovery Associates, LLC*

*/s/ Mitchell L. Pashkin*
Michell L. Pashkin, Esq.
*Counsel for Plaintiff James Stewart*