## MITCHELL L. PASHKIN, ATTORNEY AT LAW

Mitchell L. Pashkin, Esq., Principal

<u>Admitted</u>
Supreme Court of the United States
United States Court of Appeals for the Second Circuit
Eastern, Northern, Southern and Western Federal District of New York
New York State

    Cell:  (631) 335-1107
    Tel:  (631) 629-7709
    Fax:  (631) 824-9328

mpash@verizon.net

<u>775 PARK AVENUE, STE. 255, HUNTINGTON, NY  11743</u>

Honorable LaShann DeArcy Hall
225 Cadman Plaza East
Brooklyn, New York  11201

Re:    1:17-cv-04512-LDH-JO Stewart v. Portfolio Recovery Associates, LLC

December 19, 2019

Dear Judge Hall:

    Plaintiff does not intend to oppose Defendants' motion.

Sincerely,
*Mitchell L. Pashkin*
Mitchell L. Pashkin